Form B3B
(04/09/06)

United State Bankruptcy Court
Northern   District of   Illinois

In re:      Montell E Burnette            Case No.     09 B 11031
       Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[x] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ 74.75     on or before May 5, 2009

   $ 74.75     on or before June 2, 2009

   $ 74.75     on or before June 30, 2009

   $ 74.75     on or before July 28, 2009

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
                                                              (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE:  4/2/2009                           /s/ Pamela S. Hollis

                                          Pamela S. Hollis/United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:    09 B 11031
Case Name:      Montell E. Burnette

    I, Lynda Austin, Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 2nd day of April, 2009, I caused to be served via the Court's electronic notification or via First Class mail (**) a true and correct copy of:

Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee Dated: April 2, 2009

to each of the following named individuals:

**Montell E Burnette (**)**
4322 S Berkeley Ave
Unit 2
Chicago, IL 60653

**David R Herzog**
Herzog & Schwartz PC
77 W Washington Suite 1717
Chicago, IL 60602

*U.S. Trustee*
**William T Neary**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Suite 873
Chicago, IL 60604

_____
Lynda Austin
Courtroom Deputy